UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MENDOZA, individually and on behalf of J.G., a minor, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BREWSTER SCHOOL DISTRICT NO. 111, a municipal corporation, et al.,<br><br>        Defendant. | No. CV-05-327-RHW<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT is Plaintiffs' unopposed Motion for Protection Order, noted for hearing without oral argument on June 12, 2006. (Ct. Rec. 31.)  Attorney M. Lorena Gonzalez, of Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP, represent Plaintiffs; attorneys Jerry Moberg and James Baker represent Defendants.  The matter is before the undersigned on referral from Chief Judge Whaley.  (Ct. Rec. 30.)

Plaintiffs seek a protective order preventing Defendants from requesting information during discovery, including depositions, regarding the immigration status of each individual Plaintiff. Plaintiffs have not complied with the Obligation to Confer set forth

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR PROTECTIVE ORDER - 1

1 in LR 37.1(b), Local Rules for the Eastern District of Washington. Nonetheless, Defendants do not oppose the Motion. (Ct. Rec. 36.) The parties are advised further discovery Motions will not be heard unless there has been compliance with LR 37.1. Accordingly,

**IT IS ORDERED**:

1. Plaintiffs' unopposed Motion for Protective Order **(Ct. Rec. 31**) regarding immigration status is **GRANTED.** No inquiry shall be made during discovery regarding the immigration status of any party to this lawsuit, including the production of immigration documents.

2. The District Court Executive is directed to file this Order and provide copies to counsel of record, including the guardian ad litem.

DATED May 26, 2006.

                S/ CYNTHIA IMBROGNO
           UNITED STATES MAGISTRATE JUDGE