UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MENDOZA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BREWSTER SCHOOL DISTRICT NO. 111, et al., <br><br> Defendants. | NO. CV-05-327-RHW <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Imbrogno filed a Report and Recommendation on November 9, 2006, recommending that the Motion for Entry of Judgment (Ct. Rec. 62) be granted and judgment be entered immediately, without the necessity of an objection period, to include reasonable attorney fees and costs for Plaintiffs and that the proposed Consent Order (Ct. Rec. 81) be signed and entered (Ct. Rec. 108).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **adopts** the Report and Recommendation (Ct. Rec. 108).
2. Plaintiff's Motion for Entry of Judgment (Ct. Rec. 62) is **GRANTED**.
3. Plaintiff's Motion for Leave to File Excess Pages (Ct. Rec. 64) is **GRANTED**.
4. The District Court Executive is directed to enter judgment in favor of Plaintiffs and against Defendants as set forth below:

///

**ORDER ADOPTING REPORT AND RECOMMENDATION~ 1**

**Garcia Family**

    Student (RM):                                $14,000.00
    Eva Garcia, Parent                       $1,750.00

**Mendoza Family**

    Student (JG)                                  $3,500.00
    Anna Mendoza, Parent                 $1,750.00

**Reyes Family**

    Student (JJ)                                   $14,000.00
    Student (EJ)                                    $3,500.00
    Marco Reyes, Parent                   $1,750.00

**Bejar Family**

    Student (IM)                                  $3,500.00

**Mariscal Family**

    Student (JCM)                               $14,000.00
    Student (BM)                                $3,500.00
    Jose Alfredo Mariscal, Parent    $1,750.00

**Xhurape Family**

    Student (WX)                                $14,000.00
    Student (EX)                                 $3,500.00

**Fonseca Family**

    Student (RF)                                 $14,000.00
    Norma Fonseca, Parent              $1,750.00

    5.    The Court awards to Plaintiff reasonable attorneys' fees and costs. The determination of the amount of reasonable attorneys' fees and costs has been referred to Magistrate Judge Imbrogno.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and Magistrate Judge Imbrogno.

    **DATED** this 17th day of November, 2006.

                                              *s/ Robert H. Whaley*

                                              ROBERT H. WHALEY
                                      Chief United States District Judge

Q:\CIVIL\2005\mendoza\judgment.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2**