# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MENDOZA, et al., | **No.** CV-05-327-RHW |
| Plaintiff(s), | **JUDGMENT IN A CIVIL CASE** |
| **vs.** | |
| BREWSTER SCHOOL DISTRICT NO. 111, et al., | |
| Defendant(s). | |

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiffs and against Defendants as follows:

Garcia Family
Student (RM)                  $14,000.00
Eva Garcia, Parent             $1,750.00

Mendoza Family
Student (JG)                   $3,500.00
Anna Mendoza, Parent           $1,750.00

Reyes Family
Student (JJ)                  $14,000.00
Student (EJ)                   $3,500.00
Marco Reyes, Parent            $1,750.00

Bejar Family
Student (IM)                   $3,500.00

Mariscal Family
Student (JCM)                 $14,000.00
Student (BM)                   $3,500.00
Jose Alfredo Mariscal, Parent  $1,750.00

JUDGMENT IN A CIVIL CASE ~1

Xhurape Family
Student (WX)                $14,000.00
Student (EX)                  $3,500.00

Fonseca Family
Student (RF)                $14,000.00
Norma Fonseca, Parent       $1,750.00

DATED:  November 17, 2006

JAMES R. LARSEN, CLERK

by     s/Virginia L. Reisenauer
         Virginia L. Reisenauer, Deputy Clerk

JUDGMENT IN A CIVIL CASE ~2