UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MENDOZA, individually and on behalf of J.G. a minor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BREWSTER SCHOOL DISTRICT NO. 111, et al., <br><br> Defendants. | NO. CV-05-327-RHW <br><br> REPORT AND RECOMMENDATION TO ADOPT THE PARTIES' AGREED PROPOSAL FOR MONITORING THE CONSENT ORDER |

BEFORE THE COURT on Report and Recommendation is the parties' Proposal for Monitoring of Consent Order (Ct. Rec. 91) in the captioned matter. Attorneys Darrell Lee Cochran and Lorena Gonzalez, of Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP, represent the Plaintiffs; attorneys Jerry Moberg, Michael E. McFarland and James Baker represent Defendants. Attorney Timothy Fennessy served as Guardian ad Litem (GAL).

The parties agree that the Proposal, filed by Defendants, is appropriate for a form of the order as to monitoring the Consent Order (Ct. Rec. 120). In addition, the parties agree that Ruben Carrera should serve as the monitor who will report to the court, counsel for Plaintiffs and counsel for Defendant School District on

REPORT AND RECOMMENDATION TO ADOPT THE PARTIES' AGREED
PROPOSAL FOR MONITORING THE CONSENT ORDER ~ 1

the compliance of Defendant Brewster School District No. 111 with the provisions of the Consent Order. The Defendant School District will enter into a memorandum of agreement (MOA) with the monitor for a two-year term, to begin within a reasonable time of the date the court appoints the monitor. It is anticipated the monitor's duties will be completed within two years. The only question is whether the MOA should have an amount certain as an annual ceiling of fees to be paid to the monitor. The proposal, language of which is intended as agreed and to be converted into a form of order, at p. 4, line 9, contains a blank for an amount for annual ceiling on fees. However, the parties have not addressed this issue with the court. Accordingly, it is recommended that sentence, beginning at line 7, and ending at line 9, either be deleted, or that the parties timely submit their proposals for a ceiling on fees.

**IT IS RECOMMENDED** that an order captioned "Order For Monitoring of Consent Order and Appointing as Monitor Ruben Carrera" be entered in the form of the language contained in the Proposal (Ct. Rec. 91), commencing at paragraph 1, page 1, and ending with the language of paragraph 12, page 5, except and unless the earlier described sentence at page 4 is omitted.

**OBJECTIONS**

Any party may object to a magistrate judge's proposed findings, recommendations or report within ten (10) days following service with a copy thereof. Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying any the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within ten (10) days after receipt of the objection.

REPORT AND RECOMMENDATION TO ADOPT THE PARTIES' AGREED
PROPOSAL FOR MONITORING THE CONSENT ORDER - 2

Attention is directed to F<small>ED</small>. R. C<small>IV</small>. P. 6(e), which adds another three (3) days from the date of mailing if service is by mail.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C); F<small>ED</small>. R. C<small>IV</small>. P. 73; LMR 4, Local Rules for the Eastern District of Washington.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The District Court Executive is directed to file this Report and Recommendation and provide copies to counsel for the parties and to Chief Judge Whaley.

DATED November 27, 2006.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION TO ADOPT THE PARTIES' AGREED
PROPOSAL FOR MONITORING THE CONSENT ORDER - 3