UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MENDOZA, individually and on behalf of J.G. a minor, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BREWSTER SCHOOL DISTRICT NO. 111, et al.,<br><br>        Defendants. | NO. CV-05-327-RHW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEYS FEES |

Magistrate Judge Imbrogno filed a Report and Recommendation on November 27, 2006, recommending Plaintiffs' Motion for attorneys' fees (Ct. Rec. 65) be granted in part and denied in part. As there are no objections, the court **ADOPTS** the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion **(Ct. Rec. 65)** is **GRANTED in part and DENIED in part** as follows:

Plaintiffs are awarded:

```
$158,035.91   Fees
$ 18,667.50   Additional fees to address fee/expense Motion
$ 22,769.10   Costs
$  7,727.34   GAL Fennessey's fees and costs
$     819.00  Expert Isserlis fees

$208,018.85   Total
```

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING
IN PART PLAINTIFFS' MOTION FOR ATTORNEYS FEES - 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and the Guardian ad Litem.

DATED this 27th day of December, 2006.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\mendoza\adoptrrfees.wpd