UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MENDOZA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BREWSTER SCHOOL DISTRICT NO. 111, et al., <br><br> Defendants. | NO. CV-05-327-RHW <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Imbrogno filed a Report and Recommendation on March 15, 2007, recommending granting in part Plaintiffs' Motion for Entry of Judgment (Ct. Rec. 145). As there are no objections, the Court **adopts** the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED**:

1. The District Court Executive is directed to enter judgment in favor of Plaintiffs and against Defendants, as follows:

| | | |
|---|---|---|
| a. | Principal Attorneys' Fees: | $158,035.91 |
| b. | Additional Attorneys' Fees/Costs for Fee Petition: | $18,667.50 |
| c. | Costs: | $22,769.10 |
| d. | GAL Attorney Fees (Fennessey); | $7,727.34 |
| e. | Expert Fees | $819.00 |
| f. | Additional Attorneys' Fees | $465.00 |

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1**

  g. Interest from the date of entry of judgment at 4.97 percent

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 17th day of April, 2007.

       *s/ Robert H. Whaley*

       ROBERT H. WHALEY
       Chief United States District Judge

Q:\CIVIL\2005\mendoza\adoptrr2.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2**