AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ANNA MENDOZA, et al.,

JUDGMENT IN A CIVIL CASE

v.

BREWSTER SCHOOL DISTRICT NO. 111, et al.

CASE NUMBER: CV-05-327-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs and against Defendants as follows:

    a. Principal Attorneys' Fees:     $158,035.91

    b. Additional Attorneys' Fees/Costs for Fee Petition:     $ 18,667.50

    c. Costs:     $ 22,769.10

    d. GAL Attorney Fees (Fennessey)     $ 7,727.34

    e. Expert Fees     $ 819.00

    f. Additional Attorneys' Fees     $ 465.00

    g. Interest from the date of entry of judgment at 4.97 percent.

| April 17, 2007 | JAMES R. LARSEN |
|---|---|
| Date | Clerk |
| | s/ Virginia Reisenauer |
| | (By) Deputy Clerk |
| | Virginia Reisenauer |