UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MENDOZA, et al., | No. CV-05-327-RHW |
| Plaintiff(s), | JUDGMENT IN A CIVIL CASE |
| vs. | |
| BREWSTER SCHOOL DISTRICT, No. 111, et al., | |
| Defendant(s). | |

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendants as follows:

| | |
|---|---|
| Miguel Angel Aparicio Hernandez, Student | $14,000.00 |
| Anthony Covarrubias, Student | $14,000.00 |
| Diego Mendez, Student | $14,000.00 |
| Marco Cruz, Student | $14,000.00 |
| LG, Student | $14,000.00 |
| EM, Student | $14,000.00 |
| Juan Martinez, Student | $14,000,00 |
| AO, Student | $14,000.00 |
| Antonio Infante, Student | $14,000.00 |
| Naum Saucedo, Student | $14,000.00 |

JUDGMENT IN A CIVIL CASE ~ 1

| | |
|---|---|
| Darci Saucedo, Student | $14,000.00 |
| Isau Saucedo, Student | $14,000.00 |
| JVZ, Student | $14,000.00 |
| Jesus Villalobos Briones, Student | $14,000.00 |
| Oscar Xhurape, Student | $14,000.00 |
| Rosie Godoy, Parent | $ 1,750.00 |
| Maria Bajar, Parent | $ 1,750.00 |
| Fermina Cruz, Parent | $ 1,750.00 |
| Vitalina Garcia, Parent | $ 1,750.00 |
| Efrain Martinez, Parent | $ 1,750.00 |
| Jose Luis Ortiz, Parent | $ 1,750.00 |
| Coenda Saucedo, Parent | $ 1,750.00 |
| Maria Villalobos, Parent | $ 1,750.00 |
| Auxilio Xhurape, Parent | $ 1,750.00 |

DATED:  January 4, 2008

JAMES R. LARSEN, CLERK

by    s/Virginia L. Reisenauer
       Virginia L. Reisenauer, Deputy Clerk

JUDGMENT IN A CIVIL CASE ~ 2