UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA MENDOZA, individually and on behalf of J.G. a minor, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BREWSTER SCHOOL DISTRICT NO. 111, et al.,<br><br>　　　　Defendants | NO. CV-05-327-RHW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEYS FEES |

Magistrate Judge Imbrogno filed a Report and Recommendation on August 19, 2008, recommending Plaintiffs' Motion for attorneys' fees for phase II (Ct. Rec. 175) be granted in part and denied in part. (Ct. Rec. 210). As there are no objections, the court **ADOPTS** the Report and Recommendation.

Plaintiffs also filed a request for additional fees of $445.00. The Court declines to award additional fees.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Reopen Case and Plaintiff's Motion for Award of Attorneys' Fees and Expenses Under 42 U.S.C. § 1988 **(Ct. Rec. 175)** is **GRANTED in part and DENIED in part** as follows:

Plaintiffs are awarded:

　$ 57,476.68　　Attorneys Fees for Phase II
　$  3,793.31　　Costs

///

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEYS FEES - 1**

2. Plaintiffs' Motion for Entry of Judgment of Attorneys' Fees and Costs (Ct. Rec. 211) is **GRANTED**.

3. The District Court Executive is directed to enter judgment in favor of Plaintiffs and against Defendant in the amount of $57,476.68 in attorneys fees and $3,793.31 in Costs.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward copies to counsel.

DATED this 13th day of November, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Mendoza\adoptrrfees2.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEYS FEES - 2**