AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to         before the Court. The issues have been         and a decision has been rendered.

_____        _____
*Date*                              *Clerk*

                                    _____
                                    *(By) Deputy Clerk*